CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 29 2007
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MAKISA DENISE MARTIN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:07-cv-00385 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MARTINSVILLE CITY JAIL, | ) | By: Hon. Jackson L. Kiser |
|     Defendant. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies. All other pending motions are hereby **DENIED** as **MOOT**, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 29th day of August, 2007.

                                              Senior United States District Judge